In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of ROBERT E. FARLEY et al., Respondents.

*Condemnation proceedings — award — evidence — when testimony as to possible development of land taken not objectionable as speculative.*

*Matter of Bronx Parkway Commission (Farley)*, 192 App. Div. 412, affirmed.

(Argued January 17, 1921; decided February 1, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1920, which affirmed an order of Special Term confiming the report of commissioners of appraisal in condemnation proceedings to acquire part of a tract of land in the city of White Plains

for park purposes. The commissioners of appraisal awarded $109,099.07 for the land taken and $19,978.80 for damage to the remainder. The appellant argued that the award was excessive and that erroneous evidence had been admitted as to possible development of the land which was wholly speculative.

*Charles Harvey Peck* and *Theodosius Stevens* for appellant.

*John M. Digney* and *R. E. Digney* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.